**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02702-CMA-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2006 JEEP COMMANDER LIMITED VIN 1J8HG58286C301200,

      Defendant.

_____

**DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

      This matter is before the Court on the United States' Motion for Default and Final Order of Forfeiture (Doc. # 10). The Court having reviewed said Motion, FINDS as follows:

      THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

      THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

      THAT after proper notice, neither the known potential claimant, nor any other third party, has filed a Claim or Answer as to Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200 as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT entry of Default was entered by the Clerk of the Court on January 18, 2013. (Doc. 9).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200;

THAT the Clerk of Court shall be directed to enter Judgment as to Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200 and may dispose of said property in accordance with law;

3

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200 under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to Defendant 2006 Jeep Commander Limited VIN 1J8HG58286C301200.

SO ORDERED this  30th  day of January, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge